ACCEPTED
05-15-00006-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
11/19/2015 1:03:17 PM
LISA MATZ
CLERK

# COURT OF APPEALS FOR THE FIFTH DISTRICT OF TEXAS

_____

### CASE NO.
### NO. 05-15-00006-CR
### NO. 05-15-00007-CR
### NO. 05-15-00008-CR
### NO. 05-15-00009-CR

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

11/19/2015 1:03:17 PM

LISA MATZ
Clerk

_____

### GARY WAYNE BARNES, SR.
**Appellant**

**v.**

### STATE OF TEXAS
**Appellee.**

_____

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

Appointed counsel for Gary Barnes hereby moves to withdraw as counsel of record in this appeal. Counsel has filed an *Anders* brief. Pursuant to *Anders v. California*, 386 U.S. 738 (1967), counsel contemporaneously moves to withdraw. Counsel further certifies that Counsel has provided Mr. Barnes with a copy of the appellate record and informed him of his right to pro se representation including the ability to move this Court for a continuance of the briefing schedule.

WHEREFORE, counsel requests that this Court permit her to withdraw.

1

/s/ *Nanette Hendrickson*

Lynn Richardson                     Nanette Hendrickson

Chief Public Defender               Assistant Public Defender
Dallas County, Texas                State Bar Number:  24081423
                                    133 N. Riverfront Blvd., LB 2
Katherine A. Drew                   Dallas, Texas  75207-4399
Chief, Appellate Division           (214) 653-3582 (*telephone*)
                                    (214) 653-3539 (*fax*)
                                    Attorneys for Appellant
                                    Danielle Lozano

## CERTIFICATE OF SERVICE

I, Nanette Hendrickson, certify that on November 19, 2015, I served:

- a copy of the above pleading on the Dallas County District Attorney's Office, via hand delivery and electronic service at DCDAAppeals@dallascounty.org
- a paper copy of the above pleading on Gary Barnes, Sr., TDCJ# 318814, Ramsey Unit, 1100 FM 655, Rosharon, TX 77583.


/s/ *Nanette Hendrickson*
Nanette Hendrickson